UNITED STATES DISTRICT COURT                                                                    JS-6
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 21-2355-JFW(MRWx)**                                                 Date:  February 22, 2022

Title:      Esther Mendez -v- Levy Premium Foodservice LP, et al.

---

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
|---|---|
| **Courtroom Deputy** | **Court Reporter** |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**           **ATTORNEYS PRESENT FOR DEFENDANTS:**
             None                                                                            None

**PROCEEDINGS (IN CHAMBERS):**     **ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO COMPLY WITH COURT ORDER**

     Pursuant to the Court's Scheduling and Case Management Order ("CMO"), filed on April 13, 2021 (Docket No. 17), the parties were ordered to file a Pre-Trial Conference Order; Motions in Limine; Memorandum of Contentions of Fact and Law; Pre-Trial Exhibit Stipulation; Summary of Witness Testimony and Time Estimates; Status Report re: Settlement; Agreed Upon Set of Jury Instructions and Verdict Forms; and Joint Statement re: Disputed Instructions, Verdicts, etc. ("Pre-Trial Documents") by February 17, 2022.  The parties have violated the Court's Order by failing to file any of the required Pre-Trial Documents.

     As a result of the parties' violation of the Court's Order, this action is **DISMISSED without prejudice**.  See Federal Rule of Civil Procedure 41(b); *see also Yourish v. California Amplifier*, 191 F.3d 983, 986-988 (9th Cir. 1999); *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992).  The Pretrial Conference scheduled for March 4, 2022, the Trial scheduled for March 22, 2022, and any other dates calendared in this matter are hereby **VACATED**.

     IT IS SO ORDERED.